UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Regina L. Martinous,**

    Plaintiff,

    vs.                              11-111 S

**Windham Professionals, Inc.,**
**Matt Doe, alias**
**Jane Doe, alias**

    Defendants.

_____

## Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice dismissing this matter with prejudice, no cost and no interest.

                                            The Plaintiff,
                                            By Counsel,

                                            /s/ John T. Longo
                                            _____
                                            John T. Longo, Esq./#4928
                                            681 Smith Street
                                            Providence, RI  02908
                                            (401) 272-2177
                                            Fax (401) 537-9185
                                            jtlongo@citadelpc.com

## Certificate of Service

      I certify that on _7/7/11_ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

      None.

      I further certify that I caused a copy of this document to be sent to the people listed below:

Larry Laskey
Windham Professionals, Inc.
PO Box 1048
Salem, NH  03079

/s/ John T. Longo
_____
John T. Longo, Esq./#4928

My File #: FD **3287**